# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ROSECASTLE OF BRANDON, LLC;
ROSECASTLE MANAGEMENT, LLC; and
CHRISTOPHER KMET,

Appellants,

v.

LISA ANN BEAVER, personal representative of the
Estate of Marion Helen Beaver, deceased,

Appellee.

No. 2D22-3953

_____

September 1, 2023

Appeal from the Circuit Court for Hillsborough County; Christopher C. Nash, Judge.

Edgardo Ferreyra and Bruce D. Peisner of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Tampa, for Appellants.

Megan Hunter, Kyle D. Ross and Joanna Greber Dettloff of Mendes, Reins & Wilander, PLLC, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior to official publication.